SCANNED at WVCF and Emailed on
2-21-23 by NJ . 15 pages.
(date)    (initials)  (num)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Marzono Revelon Shelly,
　　　　　Plaintiff,

vs.

Jaime M. Oss,
　　　　　Defendant,

Case No.: 3:23-cv-142
_____
(TO BE SUPPLIED BY THE CLERK)

(Enter above the full name of the
Defendant(s) in this action.)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

　Name  Marzono Revelon Shelly
　Identification Number  951801
　Address  W.V.C.F, 6908 S. Old U.S. Highway 41
　P.O. BOX 1111, Carlisle, Indiana 47838-1111

B. Defendant(s)

　Name _____
　Title _____
　Address _____
　_____

　Name _____
　Title _____
　Address _____
　_____

1

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

II.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Northern District of Indiana because _it occurred in LaPorte County within LaPorte Superior Court 1_

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

2

Ground 1: Jaime M. Oss violated Plaintiff's First Amendment right of access to the court when after 30 day deadline trial court failed to act on motion, so July 8, 2022, Appeals court remanded for further proceedings. Denying Plaintiff's right to Appeal.

Ground 2: Jaime M. Oss violated Plaintiff's Fourteenth Amendment equal protection of the laws when it or she failed to grant or deny Plaintiff's motion which would've made it a final judgment to appeal, also where other's are granted court but excluding Plaintiff.

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

That Jaime M. Oss, being the current Judicial officer of the LaPorte Superior Court 1, refuses to act upon the proper filings of Plaintiff nor order on remand from the appeals court

3

That Plaintiff has three "motions to correct his erroneous sentence" pending in trial court; that the latest motion was filed June 07/2022. After 30 days of no response from trial court, Plaintiff appealed to the appeals court.

On July 08, 2022, the appeals court noticed two motions currently pending, thus remanding to trial court to make a decision where plaintiff can have a right to appeal on final appealable order as a matter of right; where appeals court has jurisdiction.

The trial court has yet to act on any of Plaintiff's "motion's to correct his erroneous sentence" thus denying the plaintiff a right to appeal. There are currently five other individuals whom filed motions in the LaPorte Superior Court 1, and have been transported to court and been released or gotten a swift response to their motions.

Plaintiff believes the defendant acts are intentional and calculated to to deny him access to the courts and the

equal protections of the law.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

Declaratory Relief: That im not blacklisted from the court register, and that im giving right to access the courts and provided its equal protections where merits clear. That im allowed a decision upon my filings in court

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this __16th__ day of __Feburary__, 20__23__

_Mahzeno Shelly_
Plaintiff

## VERIFICATION

I, Marzono Shelly, hereby affirm under the penalties for perjury that the above and foregoing representations are true and correct to the best of my knowledge and belief.

_____
Plaintiff

## AFFIDAVIT OF SERVICE

I, Marzono Shelly, hereby certify that on this 16th day of February, 2023 a true and correct copy of the foregoing E-Filed _____ was served upon Northern District, by first class, postage prepaid, United States Mail.

_____
Plaintiff

## AFFIDAVIT OF SERVICE

I, the undersigned, hereby certify that on this 16th day of February, 2023, a true and correct copy of the foregoing Prisoner Complaint 42 U.S.C. § 1983 was served upon Northern District, at E-Filed _____, Indiana N/A by first class, postage prepaid, United States Mail.

_____
Plaintiff

BK1