UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARZONO SHELLY, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-142-JD-MGG |
| JAMIE M. OSS, | |
| Defendant. | |

## ORDER

Marzono Shelly, a prisoner without a lawyer, was granted until April 10, 2023, to pay the filing fee in full. ECF 3. He was cautioned that, if he did not pay by that date, this case would be dismissed without further notice. That date has passed, but Shelly has not paid the filing fee in full and has not otherwise responded to the court's order. Consequently, it appears that Shelly has abandoned this case.

For these reasons, the court DISMISSES this case.

SO ORDERED on April 21, 2023

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT