# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARZONO SHELLY
*also known as*
MARZONO REVELON SHELLY
                    Plaintiff

           v.

                                                    Civil Action No.  3:23-cv-142

JAMIE M OSS
                    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___   the plaintiff_____
recover from the defendant _____ the amount of_____
dollars \$_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

  _X_   Other:  This case is DISMISSED as abandoned.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

 _X_   decided by Chief Judge Jon E. DeGuilio.

DATE: 4/21/2023                          CHANDA J. BERTA, ACTING CLERK OF COURT


                                         by   s/ S. Jarrell_____
                                         *Signature of Clerk or Deputy Clerk*